IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON GREEN BEY, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CIVIL NO. 4:CV-17-141 |
| : | |
| UNITED STATES OF AMERICA, : | (Judge Brann) |
| ET. AL., : | |
| Defendants : | |

## **ORDER**

February 7, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

s/   Matthew W. Brann
Matthew W. Brann
United States District Judge